**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

BRIAN HUERTA
LUIS HUMBERTO HUERTA ARELLANO
MARTHA MARIA HUERTA,

**Plaintiffs**

v.

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security

JOSEPH B. EDLOW, Director
U.S. Citizenship and Immigration Services,

MARK HANSEN, District Director
U.S. Citizenship and Immigration Services

PAM BONDI, Attorney General of the
United States;

**Defendants**

Case No. 1:26-CV-00950

**NOTICE OF VOLUNTARY DISMISSAL**

Judge Solomon Oliver, Jr.
Magistrate Judge Jennifer Dowdell Armstrong

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the Plaintiffs hereby respectfully inform this honorable Court that they are voluntarily dismissing this action, without prejudice.

Further, the Fed. R Civ. P. 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment". Defendants have not served an answer or a motion for summary judgement in this action.

IT IS SO ORDERED.
/s/ Solomon Oliver, Jr.
United States District Judge
6/25/2026

The Plaintiffs accordingly requests voluntary dismissal of this action, without prejudice. See Fed. R. Civ.P. 41(a)(1)(B).

Dated: June 24, 2026.

Respectfully Submitted,

_/s/ Margaret Wong__
Margaret Wong, Esq.
Attorney for Plaintiffs
Margaret Wong & Associates Co. LLC
3150 Chester Ave.
Cleveland, OH 44114
P: (216) 566-9908, F: (216) 566-1125
E: court@imwong.com